In the Matter of ERNEST H. NOHN et al., as Executors of EMIL E. GABLER, Deceased.

NORINE V. DEGNEN, Appellant; ERNEST H. NOHN et al., as Executors, et al., Respondents.

(Argued April 15, 1935; decided April 30, 1935.)

*Joseph Morschauser, Jr.,* and *Benjamin Weiss* for appellant.

*William Lesser* and *Hilbert I. Trachman* for Ernest H. Nohn et al., as executors, respondents.

*George K. Jack* for Ella M. Gabler, respondent.

Order affirmed, without costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: LEHMAN, O'BRIEN and FINCH, JJ.